George Butkovich, Appellant, v. Martin Malysiak and Nellie Malysiak, Appellees.

Gen. No. 47,200. 

First District, Third Division.
January 21, 1959.
Rehearing denied March 20, 1959.
Released for publication March 20, 1959.

Edward F. Zahour and Gerald M. Chapman, for appellant; Irving D. Levin, for appellees. Opinion by PRESIDING JUSTICE FRIEND. **Not to be published in full.**